UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CADENCE J. MORTON,

    Plaintiff,                                                 CASE NO. 1:18-cv-371

v                                                             HON. ROBERT J. JONKER

SPECTRUM HEALTH SYSTEM, et al.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismiss this action with prejudice and without costs to any party.

By  /s/Christine A. Yared
    Christine A. Yared (P37472)
    CHRISTINE A. YARED, PLC
    Attorneys for Plaintiff
    Dated: October 5, 2018

By  /s/Richard E. Hillary, II
    Richard E. Hillary, II (P56092)
    MILLER JOHNSON
    Attorneys for Defendant Priority Health
    Dated: October 5, 2018

By  /s/Anthony R. Comden
    Anthony R. Comden (P44958)
    MILLER JOHNSON
    Attorneys for Defendant Spectrum Health System
    Dated: October 5, 2018